McGREGOR W. SCOTT
United States Attorney
JEREMIE A. ARTHUR
Special Assistant U.S. Attorney
PROSECUTION UNIT
1 S. Rosamond Blvd.
Edwards, California 93523
Telephone (661) 277-8120

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:05-MJ-00041 TAG |
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL OF INFORMATION |
| v. | |
| RANDALL WHITE, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against RANDALL WHITE, without prejudice, in the interest of justice so that a criminal complaint can be filed.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 9, 2005        By  _____
                                 JEREMIE A. ARTHUR
                                 Special Assistant U.S. Attorney

ORDER

1  IT IS HEREBY ORDERED that the case against RANDALL WHITE, Case No.
2  5:05-MJ-00041 TAG, be dismissed, without prejudice, in the
3  interest of justice.
4
5  DATED: 8/9/2005        _____
                          THERESA A. GOLDNER
6                         United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28